NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PACTIV LLC,**
*Plaintiff-Appellee*

**PACTIV CORPORATION,**
*Counterclaim Defendant*

v.

**MULTISORB TECHNOLOGIES, INC.,**
*Defendant-Appellant*

---

2014-1816

---

Appeal from the United States District Court for the Northern District of Illinois in Nos. 1:10-cv-00461, 1:10-cv-07609, Senior Judge Harry D. Leinenweber.

---

## JUDGMENT

---

DANIEL SHULMAN, Reynolds Group Holdings Ltd., Lake Forest, IL, argued for plaintiff-appellee. Also represented by DAVID E. DE LORENZI, WENDY RISA STEIN, Gibbons P.C., Newark, NJ

JENNIFER L. FRIEDMAN, McGee & Gelman, Buffalo, NY, argued for defendant-appellant. Also represented by LAURA A. COLCA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 November 4, 2015           /s/ Daniel E. O'Toole
        Date                Daniel E. O'Toole
                            Clerk of Court